# RANDY SCOTT ZELIN PC

747 THIRD AVENUE
32ND FLOOR
NEW YORK, NEW YORK 10017

WWW.RANDYZELINLAW.COM

RANDY ZELIN
RSZ@RSZPC.COM

T 212.897.9100
F 212.656.1118

June 7, 2019

By ECF

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    United States v. Gata-Aura
                  Criminal Docket no.: S1-18-Cr-759 (RMB)

Dear Judge Berman:

      I represent the defendant, Savraj Gata-Aura. This letter respectfully requests an adjournment of the conference scheduled for June 18, 2019 at 9:30 a.m. (Document no. 46). Request is respectfully made to adjourn the conference to June 24, 2019 at 10:30 a.m.

      This is the first request for an adjournment. The government consents to this request. This request does not affect any other scheduled dates.

Respectfully submitted,

Randy Zelin

RZ:nb
cc:    Vladislav Vainberg, Esq.
       Martin Bell, Esq.
       by email pdf