PURCHASE MEMORANDUM

# BAR WORKS INC.

## GET YOUR SEAT IN THE HOTTEST PROPERTY SUB-SECTOR IN TOWN

▸▸ Own a workspace and **make up to 16% yearly** from rents in a booming market ◂◂

> Last year the US Bureau of Labor Statistics said that by 2020 some "65 million Americans will be freelancers, temps, independent contractors and solopreneurs, making up about 40% of the workforce".

   

**Bar Works™ at Tribeca, Manhattan, New York –** The latest property from Bar Works™ the growing co-working space provider

## WEALTHBUILDER PROGRAM THE HASSLE-FREE WAY TO BUILD WEALTH FAST
















# Contents

| | |
|---|---|
| Letter from the Directors | 4 |
| Key Parties | 5 |
| Outline of the Offer | 6 |
| Introduction: The Business Model for Bar Works™ Inc. | 7ß |
| Background – Changing Work Patterns | 9 |
| Market for Temporary Work Space – The 'Hot Work Space' | 10 |
| Summary of the Business Model: Bar Works™ Inc. | 12 |
| Summary of this Offer | 13 |
| Application Form | 14 |



*41 W 46th Street, Manhattan*



*41 W 46th Street, Manhattan*



*41 W 46th Street, Manhattan*



# Letter from the directors

## DEAR INVESTOR,

Co-working is now the fastest growing sub-sector of the commercial property market in cities around the world. Bar Works™ Inc. is one of the very few branded operators in this sector which targets the mid-market.

Bar Works™ is a fast emerging operator in the co-working space market, operating two venues in New York's Manhattan, with a third opening shortly in Manhattan's West Village, a thriving, affluent neighborhood.

We believe we have identified three key flaws in the current work space product – accessibility, cost and target market.

In central Manhattan right now, for example, anyone wanting a work space has to book up a month in advance – often more – because the demand is so great and supply relatively limited.

Big firms such as WeWork and Regus have millions of square feet of work units in Manhattan alone, and are charging not less than US$600 a month for their use, and they are still fully booked. But on top of that, all providers are hitting their customers with monthly service costs as well – for basic services such as internet access and phone calls, copying and faxes. Such 'extras' can push monthly work space costs up by over 50%, and many users finds themselves paying US$700 upwards.

We know this to be the case because the founders of Bar Works™ Inc. have over 20 years' experience of using temporary work and office units in cities around the world, and we have the bills to prove it! For many entrepreneurs, freelancers and contract workers such hefty 'service' charges can be a real shock, and the difference between financial success and failure.

In response, our Bar Works™ model offers members a fixed monthly all-in fee of not more than US$600 at the two sites in Manhattan that we already operate.

And here's the next big difference Bar Works™ makes. We are picking up sites that already have full restaurant and bar licenses, so we offer our members full entertaining/event facilities that most other work space offerings just don't have.

These former catering sites also have another big advantage – on street frontage and accessibility. Combined with the fact that we will have capacity for 'passing trade', this means Bar Works™ is a very visible and easy to access brand. For example our third site in West Village occupies 50 feet of frontage on Seventh Avenue.

We are eager to roll out our model as fast as possible, and in many other major cities. We and our real estate advisers are already checking out sites in San Francisco, Austin Texas, Chicago and London. We are aiming to have our first site open in San Francisco by the end of the year and London by 2017 with offers submitted on properties in both of these cities.

Finally the third big difference with Bar Works™ compared to our competitors is the market we are targeting. Many of our competitors are targeting young Tech startups which is a relatively small market compared to the broader mid-market consisting of freelancers, lawyers, designers, architects etc.

We opened our first Bar Works™ in October 2015 at 47 W 39th Street, Manhattan. This property is already profitable. Our Second Bar Works™ opened in March 2016 at 41 W 46th Street, Manhattan, located near the famous Times Square. Our third venue will be opening shortly in Manhattan's West Village. Our Fourth venue is our largest yet and is located in Lower Manhattan's Tribeca (Triangle Below Canal Street) ranked the most desirable and expensive neighborhood in the City.

**Bar Works™' Wealthbuilder Program is the brand owned by Bar Works™ Inc. in which investors can purchase their own workspace on a 10 year lease and lease this back to Bar Works™ Management Inc. (Its wholly owned subsidiary) for a fixed rental income.**

Bar Works™ launched in October 2015 offering a limited number of leases to investors in its first location. The response to this investment was tremendous and as a result all the available leases were sold by December 2015. Our second location at Times Square sold out even quicker. Our third venue at West Village, Manhattan is due to close shortly with limited spaces available

Bar Works™ is releasing further workspaces from its latest venue located in Tribeca, New York. We are also offering our investors a life-time worldwide membership to Bar Works™, which will allow you to use any Bar Works™ in our growing network.

Bar Works™ completed its first round of equity fund raising where we raised $1.5m. This will allow Bar Works™ to continue the rollout of new venues without the requirement of additional capital.

This Purchase Memorandum sets out our offer to investors who are looking for solid, double-digit income returns over the next decade. Thank you for your time in considering this proposal, and we look forward to you joining the Bar Works™ network!

Jonathan Black
**Chief Executive, Bar Works™ Inc.**

# Key Parties

| | |
|---|---|
| **Group Company Name:** | Bar Works™, Inc<br>47W 39th Street<br>New York<br>10018<br>USA |
| **Leasehold Company Name:** | Bar Works Tribeca, Inc<br>47W 39th Street<br>New York<br>10018<br>USA |
| **Website of the Company:** | www.barworks.nyc |
| **Management Corporation:** | Bar Works™ Management Inc.<br>41W 46th Street<br>New York<br>10036<br>USA |
| **Attorney:** | Thompson Bukher LLP<br>369 Lexington Avenue<br>New York<br>10017<br>USA |
| **Property Attorney:** | Reznick Law<br>900 Third Avenue, 17th Floor<br>New York, NY 10022<br>USA |
| **Bankers:** | JP Morgan Chase<br>Columbus Circle<br>New York City<br>New York<br>USA |
| **Foreign Exchange Broker:** | CentralFX<br>America House<br>2 America Square<br>London, EC3N 2LU<br>UK<br>www.centralfx.co.uk |
| **Auditor to the Company:** | ProTax Center<br>1312 Kings Highway<br>New York<br>11229<br>USA |


*41 W 46th Street, Manhattan*


*The opening for Bar Works Times Square*


*41 W 46th Street, Manhattan*

# Introduction: The business model for Bar Works™ inc.

The founders of Bar Works™ Inc. believe they have identified three key flaws in the current inner city work space model – accessibility and price.

None of the current work space operators offer an easy access facility, their premises usually requiring pre-booking. In major city centers, and particularly in New York, facilities are almost always booked up for at least a month or more in advance.

Costs of using space with all operators are also not limited to a monthly rent. Phone, internet and other services are generally extra costs, and can raise the monthly bill by as much as 50% or more.

In addition, competing work space locations do not have full catering and alcohol licenses, so that their users are forced to eat and entertain elsewhere. The Bar Works™ model means that members can use the premises for all their business-related needs, and network much more effectively in comfort and in contact with their data and resources.

Bar Works™ work spaces have a unique vibrancy, based on people rather than simply on architecture or décor making these venues ideal for events and networking. Bar Works™ has already held a number of successful Meet Ups (**www.meetup.com**) which as well as charging a fee ensures there is a regular flow of people to Bar Works™ who in turn take up membership.

Thirdly, Bar Works™ focuses on the mid-market rather than purely on the Tech Startup market opening up the target market to a bigger broader market.

## Marketing and Promotion

Bar Works™ promotes itself heavily online featuring on a number of websites which has also attracted membership including:
**www.liquidspace.com,**
**www.instantoffices.com,**
**www.pivotdesk.com and**
**www.getcroissant.com**
Bar Works™ continues to promote its brand to ensure a continual flow of members and to promote public awareness. It has recently entered into an agreement to promote its brand at the largest office supplies retailer Staples in its number one US store in Union Square. In addition it is also planning City wide advertising now that the company has a number of venues across the City. This will include advertising on the New York Subway.

Services available for each monthly membership payment will include the following:

- Free internet
- Free photocopying
- Free phone connection and national calls
- Free meeting room use (subject to pre-booking and availability)
- Free networking
- No notice period
- No deposit
- Free coffee
- Discounted alcoholic drinks (beer and wine licenses)
- Free subscription to The Search
- Free technical support
- Free fax



*The opening for Bar Works Times Square*

# Wealth builder program explained

After the success of the first three Bar Works™ lease programs the company has acquired its fourth venue, located in New York's, Tribeca, situated in lower Manhattan.

The Bar Works™ Wealth Builder Program allows investors who are seeking income combined with capital appreciation the chance to purchase a 10-year lease on workspace units in Manhattan's Tribeca on a fixed rental including the benefit of any rent increases derived from the lease.

The units available will be amongst those set aside for full-time and long-term members of Bar Works™ Inc. who will pay US$600 per month all-inclusive for their use.

The cost of each work space is US$25,000, plus you receive a free life time worldwide membership to Bar Works™.

|  | Premium | Monthly Rent | % return per year |
|---|---|---|---|
| **Single Workspace** | $25,000 | $292 | 14% |
| **Wealth Starter (2 workspaces)** | $50,000 | $625 | 15% |
| **Wealth Accelerator (3 workspaces)** | $75,000 | $969 | 15.5% |
| **Wealth Builder (5 workspaces)** | $125,000 | $1,667 | 16% |

The Wealthbuilder Program has been structured to maximize your income and capital.

We do not encourage the purchase of single units as by purchasing multiple units your rental income and returns increase.

All income payments will be paid monthly from the point of investment – so you start receiving income just 14 days after taking up this offer. You will see a steady flow of income for the whole time you hold your lease.

In addition, Bar Works™ will buy back your lease at 125% of initial cost - ie, US $31,250. However, Bar Works™ Inc. may offer the right to buy back at that level at any point after the second year anniversary of investment. In addition at the end of the lease term there is a reversionary interest which pays back the investor the sum of their initial investment.

**Bar Works™ Inc. will also offer a matched bargain facility where leaseholders can sell their lease units at any time if required – and perhaps buy more too!**

> **" An energizing environment is rare to find in a co-working space. A trendy building or beautiful architecture doesn't make the atmosphere. The people do "**



*Bar Works™ on 39th Street, Manhattan.*

Bar Works™ offers a Limited Membership or Full Membership and Virtual Office options. For example, at the West 39th Street facility there is a capacity for approximately 200 members, with 64 permanent work spaces (usually for full members), 134 flexible spaces (for part-time and temporary members) and 50 additional spaces for virtual office/ad hoc/per day usage. The new West Village Bar Works™ will have 95 permanent work spaces with capacity for 1,000 members (including fixed, flexible and virtual). Our Tribeca venue is our largest yet with a square footage of over 6,000 with a capacity for at least 400 permanent workspaces with additional private offices and meeting rooms.

"An energizing environment is rare to find in a co-working space. A trendy building or beautiful architecture doesn't make the atmosphere. The people do. The best way to encourage that energy is through our bar environment. You will get a real opportunity to network with your fellow entrepreneurs. Many of the good ideas are generated in such surroundings and this atmosphere is present 24/7."



8

## Background – changing work patterns

Last year the US Bureau of Labor Statistics said that by 2020 some "65 million Americans will be freelancers, temps, independent contractors and solopreneurs, making up about 40% of the workforce". Similar trends can be seen in other developed and developing economies, and this suggests that demand for work spaces will continue to rise in the coming years around the world.

In addition, the latest issue of the Harvard Business Review (HBR) reports that large corporates are also now encouraging their employees to use remote co-working spaces because of the benefits all companies and workers can derive from the model.

**HBR says:**
"There seems to be something special about co-working spaces. As researchers who have, for years, studied how employees thrive, we were surprised to discover that people who belong to them report levels of thriving that approach an average of 6 on a 7-point scale. This is at least a point higher than the average for employees who do their jobs in regular offices, and something so unheard of that we had to look at the data again.

It checked out. So we were curious: What makes co-working spaces – defined as membership-based workspaces where diverse groups of freelancers, remote workers, and other independent professionals work together in a shared, communal setting – so effective? And are there lessons for more traditional offices?"

HBR cites several examples of how employees of large corporates are using the co-working model, including using actual remote work spaces. (https://hbr.org/2015/05/why-people-thrive-in-coworking-spaces). And the journal concludes that co-working spaces enhance success for three main reasons: people who use co-working spaces see their work as meaningful; they have more job control; they feel part of a community.

Thus, the work space model is now also serving a growing number of major corporates as they realize the benefits it brings in terms of worker wellbeing and productivity. And whilst many big corporations may decide to refit their own offices to copy the model, they also seem to be active in co-working memberships for their staff.

The work-life balance appears to be shifting for employees as well as the self-employed.



9

## Market for temporary work space – The 'Hot Work Space'

Whilst the changes in how and where people work are behind the huge success of companies such as Regus and WeWork, it looks likely that there will be many more such success stories from every continent in the years ahead. (Market leader WeWork raked in revenues of US$150 million (£96 million) in 2014, and is taking its US model to Europe and the Middle East.)

Globally, the co-working business is in a major uptrend. According to industry tracker Deskmag.com, flexible working spaces around the world grew five times during 2010-13. That's just three years. In its most recent published report (2014), Deskmag.com also said that:

**"Seven out of ten co-working facilitators report that the availability of desk space in co-working spaces can't keep up with the public's demand in general. The current need for co-working spaces outweighs the availability of vacant spots. Taken as a whole, the co-working economy has paralleled this positive outlook, with more than one in two co-working spaces planning to expand in this year alone. Success stories with this kind of market value are few and far between. Compared to co-working, many other industries see less growth on average."**

In India, for example, the India Times reported this summer that, "With the blossoming of India's start-up ecosystem, entrepreneurs are not the only ones making big business - so are the people running the spaces they work out of. Co-working spaces, which are growing in demand by the day, are proving to be a profitable and even scalable venture."

Deskmag.com has also highlighted another trend within the industry, and reported that "more co-working members are switching workspaces"

"When we last took our survey, 80% of co-working professionals were still at their first co-working space; this time around, that number dropped to just under 70%. More people were also likely to return to their first co-working spaces. There was one exception, however, which significantly increased the frequency of co-working traffic from one space to another. Whereas in the past, co-workers normally remained loyal to their first ever co-working space (even to those with poor ratings), future estimates show that the probability that people will stay put in unsatisfactory work spaces will be much lower."

Thus, an element of competition is entering the work space provision market, and end users are becoming more selective about the facilities and support they want – and they may well be becoming more cost-conscious at the same time.

For work space operators this means a more varied and differentiated offering is needed, even though a key factor for operators is that they keep property and renovation costs under control. This is more easily achieved in countries where property can be leased on long-term contracts and there is good competition in the refit and renovation market.

Our fourth Bar Works™ is located at 70 White Street, which is situated in Lower Manhattan in the heart of the area known as Tribeca (Triangle Below Canal Street). It is just off Broadway which is the main thoroughfare in the area.



# Information on the Tribeca venue

> "There seems to be something special about co-working spaces. As researchers who have, for years, studied how employees thrive, we were surprised to discover that people who belong to them report levels of thriving that approach an average of 6 on a 7-point scale"

### 70 White Street, Tribeca

Tribeca has recently been described as the most desirable and expensive residential area in the City. It possesses the ideal demographics for our brand. Tribeca features numerous galleries, stores and fine restaurants and is home to the burgeoning Tribeca Film Festival organized by actor Robert DeNiro. It is one of the few neighborhoods that embodies a sense of community and is home to both the rich and famous as well as the struggling artist and entrepreneur.

Size
The property measures approximately 6,000 sf on the ground with approximately 400 available spaces for fixed workspaces with additional private offices with a capacity for around 1,200 paying members (including fixed, flexible and virtual).



# Summary of the business model: Bar Works™ Inc.

To provide both a differentiated offering in the work space market, and to keep set up costs down, Bar Works™ Inc, is focusing on acquiring long term leases on premises which already have full restaurant and bar licenses as well as under utilized space.

In addition, in what is anticipated to become an increasingly competitive market, Bar Works™ Inc. offers its customers an all-inclusive, no deposit fee structure. This aspect of the Company's model is inspired by the long-term experience of its founders, who between them have more than 20 years' experience of using flexible work space in leading cities around the world and operating membership-based businesses.

"Too many work space providers hit users with extra charges each month – for phones, internet charges etc. – and that can be both annoying and damaging to entrepreneurial people. If you are starting a new venture, or working on a fixed price contract, the last thing you need is a big surprise at the end of the month. And some of the surprises can be really big, pushing total space costs up by more than 50% in our experience.

It is time for the work space industry to be more transparent in what it offers and what it charges, and we believe the fixed cost, no deposit model is one that we can make work, and which will have real appeal amongst freelancers, contract workers and others wanting work space in city centers", says Bar Works™ Inc.'s Chief Executive, Jonathan Black.

The first Bar Works™ which opened in October 2015 is already profitable and has attracted members through both word of mouth and various marketing initiatives. It is clear that Bar Works™ is providing a unique offering in a market which offers very little differentiated product and where there are no Main Street brands except WeWork.

Features of the Bar Works™ model include:
1. No deposit and members can leave at any time after the completed month paid for in advance, so no notice period either.

2. Networking. 'Happy Hour' is the best time to meet other co-workers, and Bar Works™' venues holds a 'Happy Hour' Monday to Friday from 6pm-8pm..

3. Events. Bar Works™ hosts a busy schedule of events with guest speakers each month.

On the costs side, Bar Works™ Inc. focuses on sites where long leases are available and with pre-set rent review clauses, so that the Company knows exactly what its biggest single outlay is be in the years ahead. Design and refurbishment will also be done on fixed price contracts to avoid large budget overspends.

Staff costs are lower (as a percentage of costs) than for other work space providers due to the multi-function/discipline of the staff.

The Company's plans for expansion include at least six further sites in New York City, to ensure a recognizable brand within the city, as well as a spread of convenient locations for members. Directors of Bar Works™ are already researching available and suitable sites in other key cities, with offers made on properties in San Francisco and London in particular, with the aim of taking the total number of Bar Works™' properties to not less than 20 in the next three years. The Directors and their real estate advisers believe the potential for growth in the Bar Works™' portfolio to be substantially higher.



# Summary of this offer

Bar Works™ Inc. has created a more vibrant, accessible and usable work space environment for a variety of user needs – the freelancer, contract worker, entrepreneur and travelling executive. At the same time, the Company will exploit niche venues with full bar and catering licenses in selected and 'hot' districts of cities in the US and elsewhere.

The Bar Works™ model also offers customers a clear and inclusive fee structure – with no hidden extras. The Directors believe this to be another key differentiator of their business model, since established work space providers place additional monthly charges on their customers even for the very basic services of telephones and internet access.

Because Bar Works™ Inc. expects to expand its model rapidly across several major international cities, the Company is willing to sub-let a limited proportion of work spaces via 10-year leases to investors in order to raise additional expansion capital.
In this Purchase Memorandum investors have the opportunity to invest on the following terms:

1. Purchase a workspace on a 10-year lease in Manhattan's Tribeca one of the prime real estate spots in lower Manhattan with over 6,000 sq ft. Select from three options under the Wealthbuilder Program where you can receive returns of up to 16% per year.

2. Purchase price starts at $50,000 for the Wealth Starter which consists of two workspaces and a return of 15% per year.

3. Income payable monthly from point of purchase – i.e., first income received 14 days from point of purchase completion.

4. Participation in one of the fastest growing commercial property subsectors in the US and overseas.

5. Bar Works™, Inc has completed a round of equity funding which allows the company to expand without the need for further outside equity.

6. The lease has a reversionary interest which pays the investor the sum of their investment at the end of the lease term.

7. The Company offers the option to buy back leases at any time after the second anniversary of purchase at a 25% premium.

8. Matched bargain trading facility will be available to allow earlier exit from the investment, with all income rights transferable and attaching to each lease.

9. Full documentation and title provided for each work space unit.

10. Lifetime and Worldwide membership of Bar Works™' network of venues.



# Application form

**HOW TO APPLY**
You are required to complete the application form. In addition you will also be sent two agreements which will require signing once there are cleared funds. The first is the Lease Purchase Agreement which is your purchase of a sublease from Bar Works Tribeca, Inc. The second is the lease agreement you have with Bar Works Management, Inc. (a wholly owned subsidiary of Bar Works, Inc.) which is the company that will enter a lease with the investor and manage the workspace and pay the rentals.

**PLEASE RETURN COMPLETED DOCUMENTS TO:**
Bar Works Services Inc.
47W 39th St
New York
10018
USA

Please send your wire transfer to the following accounts depending on currency.

**ALWAYS QUOTE 'BAR WORKS' REFERENCE NUMBER 97901**

**GBP ACCOUNT**
Acct Name:   CFX GBP CLIENT ACCT
Bank:        Barclays Bank Plc
Address:     1 Churchill Place
             London
             E14 5HP
Sort:        20-00-00
Swift Code:  BARCGB22
Acct No:     63213447
IBAN:        GB04BARC20000063213447

**AED ACCOUNT**
Acct Name:   CFX LTD AED CLIENT ACCT
Bank:        Barclays Bank Plc
Address:     1 Churchill Place
             London
             E14 5HP
Sort:        20-00-00
Swift Code:  BARCGB22
Acct:        47633211
IBAN:        GB74BARC20000047633211

**USD ACCOUNT**
Acct Name:   CFX USD CLIENT ACCT
Bank:        Barclays Bank Plc
Address:     1 Churchill Place
             London
             E14 5HP
Sort:        20-00-00
Swift Code:  BARCGB22
Acct No:     84724111
IBAN:        GB61BARC20000084724111

**AUD ACCOUNT**
Acct Name:   CFX LTD AUD CLT ACCT
Bank:        Barclays Bank Plc
Address:     1 Churchill Place
             London
             E14 5HP
Sort:        20-00-00
Swift Code:  BARCGB22
Acct:        44007722
IBAN:        GB48 BARC20000044007722

**CNY/CNH ACCOUNT**
Acct Name:   CFX LTD CNY CLIENT ACCT
Bank:        Barclays Bank Plc
Address:     1 Churchill Place
             London
             E14 5HP
Sort:        20-00-00
Swift Code:  BARCGB22
Acct No:     63313366
IBAN:        GB52BARC20000063313366

**EUR ACCOUNT**
Acct Name:   CFX EUR CLIENT ACCT
Bank:        Barclays Bank Plc
Address:     1 Churchill Place
             London
             E14 5HP
Sort:        20-00-00
Swift Code:  BARCGB22
Acct:        53269599
IBAN:        GB25 BARC20000053269599

Please review the latest exchange rates and currency amounts on www.BarWorksPartners.com/FXRates or speak to your Broker/Agent for the latest rates

**BAR WORKS INC. – PURCHASE SUMMARY**

Wealthbuilder Program options:

**Wealth Starter – 2 units - $50,000**

**Wealth Accelerator – 3 units - $75,000**

**Wealth Builder – 5 units - $125,000**

Select Option: ........................................................

Total $ amount to be remitted: ...........................

INCOME PAYMENT DETAILS – payments direct to:

................................................................................

................................................................................

Bank: .......................................................................

Sort Code/SWIFT: ..................................................

Account Number/IBAN: .........................................

Routing No (US): ....................................................

Or by check to: ......................................................

**CLIENT INFORMATION**

Name: .....................................................................

Address: ..................................................................

................................................................................

................................................................................

Telephone: .............................................................

Email: ......................................................................

Signature: ...............................................................

Please let us know which agent introduced this investment to you:

................................................................................

Also please let us know the consultant's name:

................................................................................

# Bar Works in the Media

### FORTUNE
### This U.S. Firm Is Revamping Britain's Iconic Red Phone Booths Into Mini-Offices

There's also free coffee involved.

A former venture capitalist is planning to restore the former glory of Britain's famous red telephone boxes by turning some of them into mini-offices for on-the-go workers.

Jonathan Black, chief executive of New York City-based Bar Works, said his company was refitting phone booths in five British cities with 25-inch screens, scanners, printers, a wireless mouse, and Wi-Fi connection—as well as free coffee.

"It's an alternative to, say, Starbucks but obviously it provides you with total privacy," said Black, a Brit who lives in New York.

Privately-owned Bar Works launched in Manhattan last year, offering bar-themed workspaces in popular locations. Users pay a monthly subscription in return for access to the premises and unlimited use of office facilities.


Telephone boxes outside the General Post Office in Blackpool Lancashire

### REUTERS PW
### U.S. firm to turn Britain's red phone boxes into mini-offices

A former venture capitalist is planning to restore the former glory of Britain's famous red telephone boxes by turning some of them into mini-offices for on-the-go workers.

Jonathan Black, chief executive of New York City-based Bar Works Inc, said his company was refitting phone booths in five British cities with 25-inch screens, scanners, printers, a wireless mouse and WiFi connection - as well as free coffee.

"It's an alternative to, say, Starbucks but obviously it provides you with total privacy," said Black, a Brit who lives in New York.

### Mail Online
### Welcome to the office – it's a bit of a squeeze: New York firm to transform iconic red phone boxes into mini work stations

Some of Britain's iconic red phone boxes are set to be given an unusual makeover by a New York co-working space firm.

Bar Works is to launch Pod Works in locations including London, Leeds and Edinburgh using old BT phone boxes as mini-work stations for those on the move.


Call centre: The phone boxes will have a screen, printer and wi-fi

### Lancashire Evening Post
### 21st century twist for iconic red box

AN iconic Preston phone box is about to be brought into the 21st century with plans to turn it into a quirky work station.

The transformation will see it include Wifi, a printer and scanner, a wireless mouse, a 25 inch screen, a hot drinks machine and a powerbank of plugs.

The scheme is the brainchild of New York-based company Bar Works Inc which plan to convert several unused phone boxes around the UK.

'Pod Works' will be launched in many places including London, Edinburgh and Norwich but a box in Preston has also been targeted.


Phone boxes on Market Street, Preston

### International Business Times
### Britain's red telephone boxes to be turned into mini-offices for workers on the go

Red telephone booths across Britain to be revived as mini-offices Getty Images With advanced communication technologies making the iconic British red telephone boxes expendable, a US firm is all set to bring them back to use. Call boxes would be converted into min-offices for workers on-the-go.

Bar Works Inc's chief executive Jonathan Black, a Briton living in New York, said that his company will refurbish telephone kiosks with fully functional printers, scanners, 25-inch screens and Wi-Fi.

### Eastern Daily Press
### Box office: The phone booth which could become Norwich's newest - and smallest - workplace

In a telephone-box transformation worthy of Superman himself, one of Tombland's red phone booths is to become Norwich's newest shared office.

The project is the idea of New York-based Bar Works Inc, which has snapped up more than a dozen of the boxes across the country and wants to refurbish them for the use of entrepreneurs.

It says the location of the boxes makes them ideal for business people looking for affordable workspace in attractive locations.

The Norwich phone box in Tombland which could so be converted into a miniature office for travelling businessmen.

### Bold News/Media Website
### Bar Works and Bold, a Part of the Rising World of Co-Working Spaces

Co-working spaces are a fast-growing part of New York City real estate, and Bar Works, headquarters of Bold Media, is part of that growth. The space is a former Italian restaurant turned office space that (hence the name) kept the bar. The spot is located in Midtown and led by Jonathan Black and Zoe Miller. The atmosphere of the space is more relaxed than your typical office, with long tables and benches and comfortable seating in the former dining area instead of standard desks with swivel chairs.


HAPPY HOURS: Zoe Miller repurposed an old restaurant to give her co-working space Bar Works a shot





Bar Works™, Inc

47W 39th Street

New York

10018

USA

www.barworks.nyc