Sent:     Mon, 08 Aug 2016 14:47:04 +0000
Subject:  Fwd: White street
From:     "Jonathan Black" <jonathan.black@barworks.nyc>
To:       "Samuel Aura" <samuel@barworks.nyc>
Sent:     7 Sep 2018 16:14:36 +0000
380 Broadway-C & A Blues-Bar Works-Consent to Sublease-EXECUTED.pdf
Sublease executed by Tenant.pdf

Make sure you check my signatures for instance page 18 before sending this off..

Sent from my iPhone

Begin forwarded message:



IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement of Sublease as of the day and year first above written.

SUBLANDLORD:
C & A BLUES, INC.

By:_____
Eran Keren, President

SUBTENANT:
BAR WORKS TRIBECA, INC.

By:_____
Name: RENWICK HADDOW
Title: DIRECTOR.

Landlord:
380 Broadway, LLC
Read, understood and agreed as to all paragraphs of this Sublease applicable to Landlord.

By:_____
Name:
Title:

18