```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      1:18 Cr. 759 (JSR)
            -v-                     :
                                    :      ORDER RELEASE OF
SAVRAJ GATA-AURA,                   :      CASH SECURITY
                                    :      PERSONAL RECOGNIZANCE
            Defendant.              :      BOND
-----------------------------------X
```

Upon application by the defendant, by his attorney Randy Zelin, and with no opposition by the United States of America, by its attorney, AUDREY STRAUSS, United States Attorney for the Southern District of New York, Vladislav Vainberg, Assistant United States Attorney, of counsel, it is hereby ORDERED that:

1. The $5,000 cash portion of the defendant's personal recognizance bond [ECF No. 43] is to be released to the defendant, as he was sentenced on July 30, 2020 [ECF No. 123] and surrendered to the Bureau of Prisons on September 29, 2020;

2. The Clerk's Office shall advise the defendant's counsel, Randy Zelin as to what additional documents and information may be required, if any, in order to process the return of the cash portion of the defendant's personal recognizance bond without further order of this Court.

Dated:   New York, New York
         February 2, 2021

                                    _____
                                    JED S. RAKOFF
                                    UNITED STATES DISTRICT JUDGE