UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

SAVRAJ GATA-AURA,
    a/k/a "Sam Aura,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S1 18 Cr. 759 (JSR)

WHEREAS, on or about July 27, 2020, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 122), which ordered the forfeiture to the United States of all right, title and interest of SAVRAJ GATA-AURA, a/k/a "Sam Aura," (the "Defendant") in the following property:

    i.    Any and all funds, financial instruments, securities, policies, and assets of any kind held, managed, controlled, or in the possession of ABC Global Management Services Limited in any account(s) associated with the following beneficiaries or their affiliates: (1) the Blue Stone Trust, including investor number SAT10041, (2) the Granite Trust, including investor number SAT10042, (3) Savraj Gata-Aura, (4) Sam Aura;

    ii.    Any and all funds, financial instruments, securities, policies, and assets of any kind held, managed, controlled, or in the possession of Faulkner International in any account(s) associated with the following beneficiaries or their affiliates: (1) the Blue Stone Trust, including investor number SAT10041, (2) the Granite Trust, including investor number SAT10042, (3) Savraj Gata-Aura, (4) Sam Aura; and

    iii.    Any and all funds, financial instruments, securities, policies, and assets of any kind held, managed, controlled, or in the possession of Forum Developments LLC up to the amount of $107,256.82

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 13, 2024, for thirty (30) consecutive days, through April 11, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 11, 2024 (D.E. 179);

WHEREAS, on or about April 30, 2024, notice of the Preliminary Order of Forfeiture was sent by FedEx International to:

    ABC Global Management Services LTD
    Standard Chartered Tower (Floor 3)
    Ébène Cybercity
    Mauritius

    Blue Stone Trust
    Standard Chartered Tower (Floor 3)
    Ébène Cybercity
    Mauritius

    Faulkner International (UK) Limited
    In c/o Stephen Lewis Allen
    Rock Mill Prideaux
    St. Blazey
    Cornwall, PL24 2SS
    England

    Granite Trust
    24 St. Georges Street
    Port Louis
    Mauritius

(collectively, the "First Noticed Parties");

  WHEREAS, on or about April 30, 2024, notice of the Preliminary Order of Forfeiture was sent by Certified Mail to:

    Forum Developments LLC
    847 Walker Road (Suite C)
    Dover, DE 19904-2778

(collectively, with the First Noticed Parties, the "Noticed Parties");

  WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

  WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       2/10, 2025

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE